PEOPLE ex rel. KERRIGAN v. CROPSEY, Police Com'r. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Proceeding by the People of the State of New York, on the relation of James F. Kerrigan, against James C. Cropsey, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with $10 costs and disbursements, and writ dismissed.

PEOPLE ex rel. LITWIN, Appellant, v. HODKIEWICZ, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Proceeding by the People of the State of New York, on the relation of Julia Litwin, against Katarzyna Hodkiewicz. No opinion. Order affirmed, without costs.

PEOPLE ex rel. MANN, Relator, v. BAKER, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) Proceeding by the People of the State of New York, on the relation of John W. Mann, against William F. Baker, as Police Commissioner of the City of New York. No opinion. Determination as to second specification confirmed, with $10 costs and disbursements, and writ dismissed. See, also, 147 App. Div. 908, 131 N. Y. Supp. 1136.

PEOPLE ex rel. MANN et al., Respondents, v. FITZELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Proceeding by the People of the State of New York, on the relation of Alexander M. Mann and another, against Warren R. Fitzell and others, as assessors, etc. No opinion. Motion to dismiss appeal granted, with costs.

PEOPLE ex rel. MORF v. CROPSEY, Police Com'r. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Proceeding by the People of the State of New York, on the relation of William Morf, against James C. Cropsey, as Police Commissioner of the City of New York. No opinion. Determination reversed, on the ground that it is against the weight of the evidence, and relator reinstated, with $50 costs and disbursements.

PEOPLE ex rel. STAPLES et al., Appellants, v. SOHMER, State Comptroller, Respondent. (Supreme Court, Appellate Division, Third Department. May 14, 1912.) Proceeding by the People of the State of New York, on the relation of Mary G. Staples and others, against William Sohmer, as Comptroller of the State of New York. No opinion. Motion granted. See, also, 134 N. Y. Supp. 543.

PEOPLE ex rel. STEIN v. WHITNEY, Com'r. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Proceeding by the People of the State of New York, on the relation of Annie Stein, against Patrick A. Whitney, as commissioner. No opinion. Motion to dismiss appeal denied. Order filed.

PEOPLE ex rel. STEVES, Appellant, v. KRAFT et al., State Civil Service Commission, Respondents. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Proceeding by the People of the State of New York, on the relation of Richard S. Steves, against John E. Kraft and others, constituting the Civil Service Commission of the State of New York.

PER CURIAM. Final order reversed, with costs, and motion for mandamus granted, with $50 costs and disbursements, upon the ground that the decision of the commission in transferring the position from the competitive to the exempt class is palpably erroneous and illegal. See, also, 133 N. Y. Supp. 1140.

BETTS, J., dissents.

PEOPLE ex rel. STUBBERT v. KENNY. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Proceeding by the People of the State of New York, on the relation of James H. Stubbert, against one Kenny. No opinion. Motion granted. Order filed.

PEOPLE ex rel. TAYLOR, Respondent, v. STRUDLER, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Proceeding by the People of the State of New York on the relation of Hugh W. Taylor, against Louis Strudler. H. L. Kunstler, for appellant. T. Farley, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE ex rel. TIERNEY v. BAKER, Police Com'r. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Proceeding by the People of the State of New York, on the relation of Edward L. Tierney, against William F. Baker, as Police Commissioner, etc. L. J. Grant, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. WHITE v. WARDEN OF WORKHOUSE. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Proceeding by the People of the State of New York, on the relation of Charles White, against the Warden of the Workhouse. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE ex rel. WHITE'S EXPRESS CO. v. SOHMER, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Proceeding by the people of the State of New York, on the relation of White's Express Company, against William Sohmer, Comptroller of the State of New York. No opinion. Determination unanimously confirmed, with $50 costs and disbursements.